CO 324
Rev. 5/97

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
v.  )   Criminal Number 05-185 (RMC)
)
)
)
SEAN GARLAND, et al.  )
)
)   Category  B
)

## UNDER SEAL

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on September 15, 2005 from Judge Rosemary M. Collyer to The Calendar Committee by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE GLADYS KESSLER
Chair, Calendar and Case
Management Committee

cc: Judge Collyer & Courtroom Deputy
Chair, Calendar and Case Management Committee
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk