IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL No. 05-185 (RMC) |
| v. | : | |
| | : | |
| SEAN GARLAND, | : | |
| CHRISTOPHER JOHN CORCORAN, | : | |
| DAVID LEVIN, | : | |
| TERENCE SILCOCK, | : | |
| HUGH TODD, | : | |
| ALAN JONES, and | : | |
| MARK ADDERLEY, | : | |
| | : | |
| Defendants. | : | |

GOVERNMENT'S NOTICE REGARDING
UNSEALING OF THIS CASE UPON ARREST OF DEFENDANT

By Order entered on October 6, 2005, and[1] October 7, 2005, the Court modified the prior sealing order in this case to direct that "upon the arrest of any defendant in this case the Indictment in this matter, as well as all other papers filed thus far in this case, shall be unsealed without further order of the Court." The Court also directed the government to promptly file a notice advising of the date and time of such an arrest, in order to enable the Clerk to formally unseal and enter upon the public document the Indictment and other filings in this case.

The government hereby reports to the Court that the defendant Sean Garland was arrested by authorities in Northern Ireland, United Kingdom, at approximately 5:00 pm EDT on

---

[1] Because this matter had be reassigned to the Calendar Committee, the Government referred its Motion to Modify Sealing Order to the Chief United States District Judge, who entered the requested order on October 6th. Meanwhile, the Motion was sent in the ordinary course, by the Clerk's Office, to the initially-assigned judge, Judge Collyer, who entered the identical requested Order on October 7th.

October 7, 2005. Accordingly, this matter is **UNSEALED** as of that date and time, and the Clerk may – as directed by the Court – formally unseal the papers in this case and enter it upon the public docket.

         Respectfully submitted,

         KENNETH L. WAINSTEIN
         UNITED STATES ATTORNEY
         D.C. Bar Number 451058


  By:

        Laura A. Ingersoll
         Assistant United States Attorney
         Connecticut Bar No. 306759
         202/514-9549
         Laura.Ingersoll@usdoj.gov


        Brenda J. Johnson
        Assistant United States Attorney
        D.C. Bar No. 370737
        202/353-4154
        Brenda.Johnson@usdoj.gov

         National Security Section
         United States Attorney's Office
         555 4th Street, N.W. – 11th floor
         Washington, D.C. 20530

Dated: October 11, 2005


### Certificate of Service

  There are no known defense counsel at this time, and accordingly no service of this Motion is being made.

         _____
         Assistant United States Attorney

1