IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 05-185 (RMC) |
| | : | |
| **SEAN GARLAND,** | : | |
| **CHRISTOPHER JOHN CORCORAN,** | : | |
| **DAVID LEVIN,** | : | |
| **TERENCE SILCOCK,** | : | |
| **HUGH TODD,** | : | |
| **ALAN JONES, and** | : | |
| **MARK ADDERLEY,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S MOTION FOR A DEPOSITION
## PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 15

The United States of America requests that the Court order that the deposition of defendant Mark Adderley be conducted on November 20, 2007, at 1:30 pm EST, in a courtroom of the United States Courthouse at 3rd and Constitution Avenue, N.W., in the District of Columbia. The grounds for this motion are set forth in a memorandum in support of this motion, which is filed separately *ex parte* and under seal for reasons also set forth in the memorandum.

WHEREFORE, for the reasons set forth in the memorandum in support of this motion, the government requests that the Court order the deposition of Mark Adderley on November 20, 2007, at said time and place. A proposed Order is submitted herewith.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                UNITED STATES ATTORNEY
                                                D.C. Bar No. 498610

By:                              
                                                Laura A. Ingersoll
                                                Assistant United States Attorney
                                                Connecticut Bar No. 306759
                                                202/514-9549
                                                Laura.Ingersoll@usdoj.gov


                                                Brenda J. Johnson
                                                Assistant United States Attorney
                                                D.C. Bar No. 370737
                                                202/353-4154
                                                Brenda.Johnson@usdoj.gov

                                                National Security Section
                                                United States Attorney's Office
                                                555 4th Street, N.W. – 11th floor
                                                Washington, D.C.  20530

Dated: October 12, 2007