# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-185-1 (RMC) |
| | : | |
| v. | : | |
| | : | |
| **SEAN GARLAND** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF ABATEMENT OF PROSECUTION
## UPON SUGGESTION OF DEATH

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Sean Garland reportedly died in Dublin, Ireland at 84 years old. The government has investigated the reports and, based on the known information, the government believes that the defendant is, in fact, dead.

In light of the foregoing, the government respectfully suggests that the pending prosecution of the case against the defendant Sean Garland abate and that the arrest warrant issued for his arrest on May 19, 2005, be quashed.

          Respectfully submitted,

          JESSIE K. LIU
          UNITED STATES ATTORNEY
          D.C. Bar Number 472845

By: _____/s/_____
      BRENDA J. JOHNSON
      Assistant United States Attorney
      D.C. Bar No. 370737
      555 Forth St., N.W.
      Washington DC 20530
      (292) 252-7801
      Brenda.Johnson@usdoj.gov